AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

JOHNATHAN MANUEL DEMERY
TIJUANA DARLENE DEMERY
WAYNE MABRY
1212 Quincy Street, NW
Washington, D.C. 20011-5767

V.

Montgomery County, Maryland

Katherine Fumagalli
Police Officer, Badge No 1074

**SUMMONS IN A CIVIL CASE**

Case: 1:08-cv-01304
Assigned To : Roberts, Richard W.
Assign. Date : 7/29/2008
Description: Civil Rights-Non-Employ.

TO: (Name and address of Defendant)

Katherine Fumagalli
Police Officer, Badge No. 1074
Montgomery County Police Department
2350 Research Boulevard
Rockville, Maryland 20850

× Refused to sign.

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Terrell N. Roberts, III
Roberts & Wood Law Office
6801 Kenilworth Avenue
Suite 202
Riverdale, Maryland 20737

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**

CLERK

(By) DEPUTY CLERK

JUL 2 9 2008

DATE

440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 8/11/08 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| YANIV HADAR | INVESTIGATOR |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 2350 Research Blvd
MoCo Police HQ : Rockville, MD

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   8/11/08
                Date            Signature of Server

Address of Server: 6801 Kenilworth Ave #202
Riverdale, MD 20737

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.