IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHNATHAN MANUEL DEMERY, ET AL : | |
| : | |
| Plaintiffs : | |
| : | |
| vs. : | Civil No. 1:08-cv-1304 |
| MONTGOMERY COUNTY, : | |
| MARYLAND : | |
| : | |
| KATHERINE FUMAGALLI : | |
| Police Officer, Badge No. 1074 : | |
| : | |
| Defendants : | |

## AFFIDAVIT OF SERVICE

The undersigned served Montgomery County, Maryland, by mailing by certified mail, a summons and copy of complaint. The process was received at Executive Office Building, 101 Monroe Street, Rockville, Maryland as evident from the attached return receipt of the U.S. Postal Service, dated July 31, 2008.

I DO SOLEMNLY DECLARE AND AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE FOREGOING IS TRUE.

_____/s/_____
Terrell N. Roberts, III
#965-061
Attorney for the Plaintiff
6801 Kenilworth Avenue, Suite 202
Riverdale, Maryland 20737
(301) 699-0764

Dated: August 11, 2008

-1-

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery 7/31/08 |
| 1. Article Addressed to:<br>Montgomery County, Maryland<br>Executive Office Building<br>101 Monroe Street<br>Rockville, Maryland  20850 | D. Is delivery address different from item 1? ☐ Yes  ☒ No<br>If YES, enter delivery address below: |
| | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label)  7006 0100 0003 8863 9962 | |
| PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540 | |



UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Terrell N. Roberts, III
Roberts & Wood
6801 Kenilworth Avenue
Suite 202
Riverdale, Maryland 20737

Demery